IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**AIDEN JONES**                                                                                                  **PLAINTIFF**

**V.**                                          **CASE NO. 2:24-CV-2061**

**CAPTAIN JACOB SHOOK (Jail Administrator);**
**LIEUTENANT SAMANTHA SMITH**
**(Assistant Jail Administrator);**
**EMILY HANUSKA (Detention Deputy);**
**KATHEY EZELL (Detention Deputy);**
**and LIEUTENANT JOHN GRIFFITH**                                                          **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 26) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Objections to the Report and Recommendation were originally due on December 30, 2024. Plaintiff Aiden Jones requested an extension of time to file objections on December 19, and his request was granted. *See* Doc. 28. His new deadline was January 17, 2025. No objections were filed by the new deadline .

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that: (1) the case is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted; (2) Plaintiff/Petitioner is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag** on the case for future judicial

consideration; and (3) the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

    **IT IS SO ORDERED** on this 21st day of January, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE
